**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02901-LTB

MARC PIERRE HALL,

    Applicant,

v.

WARDEN OLIVER,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Motion to Voluntarily Dismiss Petition Pursuant 28 USC 2241" (ECF No. 14) filed on February 7, 2014, is DENIED as moot because the instant action was dismissed by order filed on January 13, 2014.

Dated:  February 10, 2014